**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Willie Jerome McRAE, Defendant—
Appellant.**

No. 05–6952.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 25, 2006.

Decided: July 31, 2006.

Willie Jerome McRae, Appellant Pro Se. John Howarth Bennett, Office of the United States Attorney, Greenville, North Carolina, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Jerome McRae seeks to appeal the district court's order denying his motion to amend his 28 U.S.C. § 2255 (2000) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order McRae seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*